# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 21-01967-ODW(PDx) | Date | May 3, 2021 |
|---|---|---|---|
| Title | Mahvash Goldbad et al v. GHC of Canoga Park, LLC, et al | | |

| Present: The Honorable | Otis D. Wright II, United States District Judge | |
|---|---|---|
| Sheila English | | Gaye Limon-zoom |
| Deputy Clerk | | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| Mark D Potter-zoom | | Rita Rebecca Kanno-zoom |

**Proceedings:** MOTION to Remand Case [12]

Case called, zoom appearances made. The Court hears from counsel as stated on the record.

The matter stand submitted. An order will issue.

_____ : 12

Initials of Preparer        se